# United States District Court
## Violation Notice
(Rev. 1/2020)

NP25133431

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | E2029670 | J. Frazin | 1346 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 05/24/2025 1754 | 36 CFR 4.12 |

Place of Offense

GTSR northbound lane West Entrance

Offense Description: Factual Basis for Charge    HAZMAT ☐

Failure to comply w/ traffic control device: Double yellow centerline

### DEFENDANT INFORMATION

Last Name: Teeters
First Name: Mark
MI: R

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| DWG554 | MT | 14 | Toyota/Tundra | | Bronze |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ ___ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___    Date: ___    Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ___

Original - CVB Copy

*E2029670*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 24th**, 20**25** while exercising my duties as a law enforcement officer in the **U.S.** District of **Montana**

(see attached PC statement)

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/24/2025**   Officer's Signature: ___
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident