IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MARK R. TEETERS, Defendant. | 25-po-5101-KLD <br><br> **VIOLATIONS:** <br> E2029670 <br> E2029671 <br> E2029672 <br> E2029674 <br> E2371636 <br><br> **Location Code: M13** <br><br> **ORDER** |
|---|---|

Upon motion of the United States and for good cause shown,

**IT IS ORDERED** that violation E2029674 is **DISMISSED**.

Based on the defendant's plea of guilty to the remaining violations on September 26, 2025, **IT IS FURTHER ORDERED** that the defendant is ordered to pay the following amounts on the remaining violations:

**VN E2029670:** $100

**VN E2029671:** $130

**VN E2029672:** $130

**VN E2371636:** $280

The amount on each violation reflects both the fine amount and the $30 processing fee.

Payments on each violation shall be made no later than December 1, 2025. Payments shall be made online through the Central Violations Bureau website: https://www.cvb.uscourts.gov.

DATED this 23rd day of October 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge